## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| JANICE EMERSON, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.:  1:09-wf-17066 |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| LINCOLN ELECTRIC HOLDINGS, | ) | |
| INC., | ) | |
| Defendant. | ) | |
| | ) | |

## COUNSELS' MOTION FOR PERMISSION TO FILE OPPOSITION UNDER SEAL

Ms. Emerson has filed a motion in this case seeking sanctions for an alleged violation of the Confidentiality Order entered in the *In re Welding Fume* MDL proceeding, 1:03-CV-17000.  In responding to her motion, counsel intend to reference and attach as exhibits the materials that Ms. Emerson claims were disclosed in violation of the MDL Confidentiality Order.  In order to respond to Ms. Emerson's Motion for Sanctions without publically disclosing the information that Ms. Emerson is now claiming is confidential, Counsel respectfully requests that they be permitted to file their opposition under seal.

Respectfully submitted,

| | |
|---|---|
| s/Christopher B. Turney | s/John H. Beisner |
| Christopher B. Turney | John H. Beisner |
| MO # 54079; PA #310267; KS #21117; IL #6314740 | SKADDEN, ARPS, SLATE, MEAGHER & |
| Kurt Rasmussen  MO #32405 CA #168926 | FLOM LLP |
| RASMUSSEN, WILLIS, DICKEY & MOORE, L.L.C. | 1440 New York Avenue, N.W. |
| 9200 Ward Parkway, Suite 400 | Washington, DC 20005 |
| Kansas City, Missouri 64114 | Telephone: (202) 371-7000 |
| Telephone: (816) 960-1611 | **Attorney for Lincoln Electric Holdings, Inc.** |
| Facsimile: (816) 960-1669 | |
| cturney@rwdmlaw.com | |
| jijei@rwdmlaw.com | |
| **Attorneys for Lincoln Electric Holdings, Inc.** | |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 19th day of February, 2015, the above and foregoing

document was served via: **x** U.S. first class mail ☐ hand-delivery ☐ facsimile; ☐ email, to:

Janice Emerson
48 Florentina
Platte City, Missouri 64079
Email: gemerson@kc.rr.com
**Plaintiff Pro Se**

> */s/ John H. Beisner*
> **Attorney for Defendant**